# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ray Gray, Tesla Gray

             **V.**                                **JUDGMENT IN A CIVIL CASE**

Preferred Bank, Theodore Hsu, Brian Jurczak, Jeffrey Golden, Does

                             **CASE NUMBER:**  09cv2025-DMS(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Defendants' motion to dismiss is granted. Plaintiffs' Second Amended Complaint is dismissed in its entirety with prejudice..................................................................................................................................................................................................................................................................................

| October 1, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON October 1, 2010 |